IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHIRLEY A. BRANDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3145 |
| | ) | |
| v. | ) | |
| | ) | |
| HOWARD COUNTY, NEBRASKA, and ROBERT SIVICK, in his individual and official capacity as County Attorney for Howard County, Nebraska, | ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

In consideration of the Stipulation for Dismissal, filing 15,

IT IS ORDERED that this matter is dismissed with prejudice. The parties shall pay their own costs.

Dated November 24, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge